

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00322-CR
### No. 10-16-00161-CR

**JOSHUA DOMINGO LOREDO,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2014-2310-C2

## O R D E R

In Trial Court Case No. 2014-2310-C2, appellant Joshua Domingo Loredo pled not guilty to two counts of aggravated sexual assault (Count I and Count II) and guilty to assault family violence by occlusion (Count III). A jury found Loredo guilty of all counts and then assessed Loredo's punishment at 45, 45, and 10 years in prison, respectively, to be served concurrently. Three judgments were signed, one for each count.

Loredo filed one notice of appeal, showing his desire to appeal from "the Judgment and Sentence" rendered against him in Trial Court Case No. 2014-2310-C2. The appeal therefore bears one case number, Court of Appeals No. 10-15-00322-CR.

Loredo's appointed appellate counsel initially filed a brief challenging only the judgment and sentence for Count I. We ordered counsel to file either a brief bringing any alleged error or an *Anders*-type motion to withdraw and a supporting brief as to Counts II and III. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d 493 (1967). We suggested that if counsel filed a motion to withdraw, counsel should also file a motion to sever as to each of those counts. *See Kirven v. State*, No. 10-14-00122-CR (Tex. App.—Waco, Oct. 22, 2015, order).

Counsel has filed a motion to withdraw and a supporting *Anders* brief as to Counts II and III and has also filed a motion to sever those counts from Count I. Counsel's motion to sever is granted. The appeal of the judgment entered as to Count I will remain docketed as Court of Appeals No. 10-15-00322-CR. The appeal of the judgments entered as to Count II and III will be docketed as Court of Appeals No. 10-16-00161-CR. Counsel's motion to withdraw and brief in support of the motion to withdraw will be docketed in this new appellate case number.

Counsel has indicated that a copy of the clerk's and reporter's record has been sent to appellant. Accordingly, appellant has 30 days from the date of this order to file a

response to counsel's brief in support of counsel's motion to withdraw as to Counts II and III. Appellant's response is due, therefore, on June 27, 2016.

The proceeding as to appellate case number 10-15-00322-CR is ready to be decided.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed May 26, 2016

